THE FRISBIE AND STANSFIELD KNITTING COMPANY, INCORPORATED, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*State — claim against state dismissed on ground of failure to file notice of intention.*

*Frisbie & Stansfield Knitting Co., Inc.,* v. *State of N. Y.,* 189 App. Div. 341, affirmed.

(Argued March 10, 1921; decided March 24, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1919, unanimously affirming a judgment in favor of defendant entered upon a dismissal by the Court of Claims of a claim by plaintiff for damages to plaintiff's power plant arising from the construction of a wall of the Barge canal in the Oswego river. The claim was dismissed on the ground that claimant had failed to file a notice of intention to file a claim against the state as required by section 264 of the Code of Civil Procedure.

*Harry C. Mizen, George Noyes Burt, Elisha B. Powell* and *Charles N. Bulger* for appellant.

*Charles D. Newton, Attorney-General (Edward J. Mone* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.